IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

GEORGE W. PITTS, JR.,        *

    Petitioner,        *

vs.        *

        CASE NO. 4:09-CV-142 (CDL)

BELINDA DAVIS,

    Respondent.        *

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Although The Court extended the time within which Petitioner had to file objections to the Magistrate Judge's Report and Recommendation, Petitioner never filed his objections. Nevertheless, the Court reviews the record in this case *de novo,* and after that review, adopts and approves the Report and Recommendation filed by the United States Magistrate Judge on May 13, 2010 and makes it the Order of the Court.

IT IS SO ORDERED, this 14th day of September, 2010.

                              S/Clay D. Land
                                CLAY D. LAND
                UNITED STATES DISTRICT JUDGE